■ In the Matter of ANGEL SANTIAGO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [45 NYS3d 831]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered September 22, 2015 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.